IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WALTER J. VIOLA, Founder of the Anti Roman Catholic Defamation League (ARCDL), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiff, | |
| v. | |
| A&E TELEVISION NETWORKS a Corporation, MICHAEL S. DELL, Chairman of the Board for A&E Television Networks; Individually, and KEVIN B. ROLLINS, President, CEO and Director for A&E Television Networks; Individually, | |
| Defendant. | |

2:05-cv-1788

## ORDER OF COURT

AND NOW, this 7th day of June, 2006, upon due consideration of DEFENDANTS' MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 12(b)(6) (Document No. 3) in opposition to Plaintiff's Complaint filed as above-captioned, and after a Report and Recommendation was completed by the United States Magistrate Judge which granted the parties ten (10) days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by Plaintiff and the response filed by Defendants, and upon independent review of the Motion, the record and the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

It is **ORDERED, ADJUDGED and DECREED** that Defendants' Motion to Dismiss is **GRANTED** and the Complaint is hereby dismissed.

It is further **ORDERED** pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, that if the Plaintiff intends to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

        BY THE COURT:

        s/  Terrence F. McVerry
        United States District Court Judge

cc:    Honorable Amy Reynolds Hay
       United State Magistrate Judge

       Walter J. Viola
       34 Thorncrest Drive
       Pittsburgh, PA 15235

       Dennis J. O'Brien, Esquire
       Email: djopghlaw@prosuites.com